## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>AVI SCHWALB,<br><br>      Debtor. | Chapter 11<br><br>Case No. 25-12666-JGR |
| JOHN DOE AND JANE ROE,<br><br>      Plaintiffs,<br><br>v.<br><br>AVI SCHWALB,<br><br>      Defendant. | Adversary Case No. 25-01255-JGR |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR LEAVE TO PROCEED UNDER PSEUDONYM

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to Proceed Under Pseudonym (Doc. 4). The Court, having reviewed the motion and being adequately advised in the premises, hereby

ORDERS that the motion is GRANTED. Plaintiffs may proceed pseudonymously in this action. It is

FURTHER ORDERED that all parties to this action shall maintain the confidentiality of Plaintiffs' identities.

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge

Dated: September  5 , 2025